UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY JOSEPH JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:19-CV-388-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 30]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 24], DENIES defendant's motion for judgment on the pleadings [D.E. 27], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on March 1, 2021, and Copies To:**
Jonathan Blair Biser                                              (via CM/ECF electronic notification)
Amanda B. Gilman                                              (via CM/ECF electronic notification)


DATE:                                                                        PETER A. MOORE, JR., CLERK
March 1, 2021                                                         (By) /s/ Nicole Sellers
                                                                                    Deputy Clerk