UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY JOSEPH JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:19-CV-388-D** |
| ANDREW M. SAUL, Commissioner of Social ) | |
| Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $2,340.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff will also be reimbursed $400.00 in costs for the filing fees from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, J. Blair Biser, Hardison and Cochran, PLLC and mailed to his office at 7340 Six Forks Road, Raleigh, NC 27615, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on May 17, 2021, and Copies To:**

| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:                                       PETER A. MOORE, JR., CLERK
May 17, 2021                           (By)  /s/ Nicole Sellers
                                                        Deputy Clerk